AO458(Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEX TORRES

    v.

JOHN E. POTTER,
Postamaster

**APPEARANCE**

Case Number: 04-30065-MAP

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 25, 2004 | /s/Karen L. Goodwin |
| Date | Signature |
| | Karen L. Goodwin     549398 |
| | Print Name     Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield, MA 01103-1422 |
| | City    State    Zip Code |
| | 413-785-0269     413-785-0394 |
| | Phone Number     Fax Number |