UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

ALEX TORRES

V.

JOHN E. POTTER

Check if previously referred

CA/CR No. 04-30065-MAP

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Neiman for the following proceedings:

(A) ☐ Referred for full pretrial case management, including all dispositive motions.

(B) ☒ Referred for full pretrial case management, not including dispositive motions:

(C) ☐ Referred for discovery purposes only.

(D) ☐ Referred for Report and Recommendation on:

  ( ) Motion(s) for injunctive relief
  ( ) Motion(s) for judgment on the pleadings
  ( ) Motion(s) for summary judgment
  ( ) Motion(s) to permit maintenance of a class action
  ( ) Motion(s) to suppress evidence
  ( ) Motion(s) to dismiss
  ( ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  ( ) In accordance with Rule 53, F.R.Civ.P.
  ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: Rule 16, Scheduling Conference

June 28, 2004                        By: /s/ Mary Finn
Date                                      Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1] See reverse side of order for instructions