UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEX TORRES,<br>                  Plaintiff<br>v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br>                  Defendant | )<br>)<br>)   Civil Action: No. ~~1B-025-0003-02~~<br>)   04 cv 30065-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1, the parties in the above-captioned case hereby submit the following joint statement.

1. <u>Obligation of Counsel to Confer.</u> Counsel have conferred with regard to this Joint Statement. The parties consent to trial by Magistrate Judge at this time.

2. <u>Pretrial Schedule.</u>

    The parties propose the following schedule

    a. The parties shall produce their initial disclosures on or before October 1, 2004;

    b. The parties shall make service of written discovery on or before December 1, 2004;

    c. The parties shall complete all non-expert depositions on or before February 1, 2005;

    d. The plaintiff's expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made on or before March 1, 2005;

    e. The defendant's expert disclosures required by Fed.R.Civ. P. 26(a)(2) shall be made on or before April 1, 2005;

    f. All expert witness depositions shall be conducted on or before July 1, 2005.

3. <u>Dispositive Motions.</u> All dispositive motions shall be filed on or before September 1, 2005.

4. <u>Certifications by Counsel.</u>

    Each counsel will file their respective certifications pursuant to L.R. 16.1(D)(3) at or prior to the Scheduling Conference.

The Defendant,
by his Attorney,

_____
Thomas J. O'Connor, Esq.
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
(413) 785-0395

The Plaintiff,
by his Attorney,

_____ (by JDC)
John D. Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
413-827-0777
BBO#:629185