AO 458 (Rev. USAO-MA 7/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

ALEX TORRES,
                          Plaintiff

v.

JOHN E. POTTER, Postmaster General,
United States Postal Service,
                          Defendant

**APPEARANCE**

Case Number:    04-30065-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    John E. Potter, Postmaster

United States Postal Service

I certify that I am admitted to practice in this court.

8/19/04
Date

Signature

Thomas J. O'Connor, Jr.                640433
Print Name                                          Bar Number

1550 Main Street, Room 310
Address

Springfield            MA        01103
City                    State          Zip Code

413-785-0395            413-785-0394
Phone Number            Fax Number