**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

Civil Action: No:1B-025-0003-02

|  |  |
|---|---|
| **ALEX TORRES,**                       **Plaintiff**<br><br>v.<br><br>**JOHN E. POTTER, Postmaster General,**<br>**United States Postal Service,**                       **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' COST CERTIFICATION

The Plaintiff, Alex Torres, and his counsel, attorney John Connor hereby certify that they have conferred regarding the potential cost of the above captioned litigation. The plaintiff certifies that he understands that the costs of this litigation may be substantial and nonetheless desires to proceed with litigation.

_Alex Torres_
Alex Torres

The Plaintiff,
by their Attorney,

John D. Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
413-827-0777
BBO#:629185