UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX TORRES, )
      Plaintiff )
)
v. ) Civil Action No. 04-30065-KPN
)
)
JOHN E. POTTER, )
      Defendant )

SCHEDULING ORDER
August 24, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by October 1, 2004.

2. All written discovery shall be served by December 1, 2004.

3. Non-expert depositions shall be completed by February 1, 2005.

4. Counsel shall appear for a case management conference on February 16, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge