UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE: CIVIL ACTION NO. C.A. 04-30065-MAP

TITLE  ALEX TORRES. V. JOHN E. POTTER

### NOTICE

Not all parties having consented to the assignment of this case to the Mag. Judge, the case has been randomly re-drawn to JUDGE Kenneth P. Neiman for all further proceedings. From this date forward the number on all filings should be followed by the letters KPN.

Thank you for your cooperation in this matter.

TONY ANASTAS,
Clerk

By /s/ Mary Finn

DATE: August 24, 2004

COPIES TO: Counsel, Systems Administrator