UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX TORRES, )
        Plaintiff, )
)
v. )
) Civil No: 04-30065-KPN
JOHN E. POTTER, )
    Postmaster General, )
    United States Postal Service, )
)
        Defendant. )

## CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

This is to certify that the undersigned Assistant U.S. Attorney has conferred with the United States Postal Service, through Attorney Anthony T. Rice of the U.S. Postal Service's Law Department with respect to (1) a budget for the costs of litigating the case; and (2) the possibility of using alternative dispute resolution programs.

_____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

_____
Anthony T. Rice
Attorney, U.S. Postal Service

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> John D. Connor, Esq.
> Moriarty and Connor, LLC
> 101 State Street, Suite 501
> Springfield, MA 01103

This 26th day of August, 2004.

_____
Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY