UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX TORRES, )
)
       Plaintiff, )
)
v )  No. 04cv30065-KPN
)
JOHN E. POTTER, Postmaster, )
United States Postal Service, )
)
       Defendant. )

## JOINT MOTION TO ENLARGE TIME FOR DISCOVERY

The defendant, John E. Potter, Postmaster General, United States Postal Service, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the plaintiff, Alex Torres, by and through his attorney, John D. Connor, Esq., hereby move this Court to extend the discovery deadlines in the above-captioned case by 30 days. As grounds for this motion, the parties state that written discovery was ordered to be served on December 1, 2004. Due to competing office duties and responsibilities, counsel for each party has been unable to comply with that deadline.

Accordingly, the parties request (1) that the time for the service of written discovery be extended from December 1, 2004, until January 3, 2005; and (2) that the time for the completion of non-expert depositions be extended from February 1, 2005, until March 1, 2005.

Respectfully submitted,

| | |
|---|---|
| ALEX TORRES | JOHN E. POTTER |
| By: *[signature]* John D. Connor (by TJO'C) | By: *[signature]* |
| John D. Connor, Esq.<br>Moriarty & Connor, LLC<br>101 State St., Ste. 501<br>Springfield, MA 01103<br>(413) 827-0777 | Thomas J. O'Connor, Jr.<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA 01103<br>(413) 785-0235 |

Dated:  December 6, 2004