UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX TORRES,                )
       Plaintiff      )
                            )
v.                          )    Civil Action No.  04-30065-KPN
                            )
                            )
JOHN E. POTTER,             )
       Defendant     )

REVISED SCHEDULING ORDER
December 7, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Enlarge Time for Discovery (Document No. 13) and revises the schedule as follows:

1. All written discovery shall be served by January 3, 2005.

2. Non-expert depositions shall be completed by March 1, 2005.

3. Counsel shall appear for a case management conference on March 7, 2005, at 10:30 a.m. in Courtroom Three.  The February 16, 2005 conference is hereby cancelled.

IT IS SO ORDERED.

                                               /s/ Kenneth P. Neiman
                                               KENNETH P. NEIMAN
                                               U.S. Magistrate Judge