AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST DISTRICT OF MASSACHUSETTS

Alex Torres

v.

John E. Potter, Postmaster,

United States Postal Service

**APPEARANCE**

Case Number: 04-30065-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for United States Postal Service

I certify that I am admitted to practice in this court.

12/8/04
Date

Signature

Thomas J. O'Connor, Jr.   640433
Print Name                Bar Number

1550 Main Street
Address

Springfield      MA      01103
City             State   Zip Code

(413) 785-0395   (413) 785-0394
Phone Number     Fax Number