UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX TORRES,                )
        Plaintiff        )
                            )
v.                          )        Civil Action No. 04-30065-KPN
                            )
                            )
JOHN E. POTTER, Postmaster, United )
States Postal Service,      )
        Defendant       )

SCHEDULING ORDER
March 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Defendant shall file his motion for summary judgment by May 6, 2005, or inform the court in writing by that date that no such motion will be filed.

2. Plaintiff shall file his opposition to Defendant's motion, if any, by May 20, 2005.

3. The trial is scheduled to commence on June 27, 2005, at 9:00 a.m. Counsel shall appear for a final pretrial conference on June 17, 2005, at 2:30 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge