UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action: No:1B-025-0003-02

|  |  |
|---|---|
| **ALEX TORRES,** | ) |
| Plaintiff | ) |
| v. | ) |
|  | ) |
| **JOHN E. POTTER, Postmaster General,** | ) |
| **United States Postal Service,** | ) |
| Defendant | ) |

*O4 CV 30065 – KPN*

## VOLUNTARY DISMISSAL

Now come the parties to the above captioned matter and pursuant to Rule 15 of the Federal Rules of Civil Procedure hereby move to voluntarily dismiss the above captioned matter with prejudice and with no costs to either party.

The Defendant,
by his Attorney,

Thomas O'Connor, Esq.
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
(413) 785-0269

The Plaintiff,
by his Attorney,

John D. Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
413-827-0777
BBO#:629185